UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | CASE NO. 1:06CR372 |
| Plaintiff(s), ) | |
| ) | |
| v. ) | ORDER |
| ) | [Nunc pro tunc as of and for 2/7/07] |
| Donnell W. Willis ) | |
| ) | |
| Defendants ) | |
| ) | |

The Court filed an order (Doc. #34) on February 7, 2007 sentencing Defendant to the Bureau of Prisons for a term of 6 months with supervised release for a term of 3 years with conditions for violations of his probation. Defendant's original judgment was filed December 8, 2006 and included a restitution amount of $4,114.73 due.

This order nunc pro tunc shall include the payment of restitution as a condition of supervised release as well as all previous conditions imposed

IT IS SO ORDERED.

| | |
|---|---|
| March 23, 2009 | */s/ John R. Adams* |
| Date | John R. Adams |
| | U.S. District Judge |